# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA ,   :   No. 532 MAL 2015
                                           :

              Respondent   :

                                           :   Petition for Allowance of Appeal from
                                         :   the Order of the Superior Court
              v.                             :

                                         :

CHRISTY MARIE HOMAN,   :

              Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.